**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

**UNITED STATES OF AMERICA** **PLAINTIFF**

**v.** **Case No. 3:67-CV-01396-HTW-LGI**

**NESHOBA COUNTY SCHOOL DISTRICT** **DEFENDANT**

# NOTICE OF MOTION FOR DECLARATION OF UNITARY STATUS

Defendant Neshoba County School District ("District") and Plaintiff United States of America ("Government") give notice that they have filed a Joint Motion for Unitary Status ("Motion"). In the Motion, the District and Government ask the Court to declare that the District has achieved unitary status, to dissolve all prior injunctive orders in the case, and to dismiss the case as to the District.

The Motion is filed with the federal court and is available for inspection at the Office of Superintendent, 580 East Main Street, Philadelphia, MS 39350, and on the District's website. This notice and the Motion have also been filed with the United States District Court for the Southern District of Mississippi, Northern Division, in Jackson, Mississippi. The Honorable Henry T. Wingate will determine whether the Motion should be granted. Please take notice that a hearing will be held on October 21, 2026, at 1:00 p.m. in the Courtroom of United States District Court Judge, Honorable Henry T. Wingate, being Courtroom 6A, located in the Thad Cochran Federal Courthouse, 501 E. Court St., Jackson, Mississippi 39201, where interested persons who wish to comment or object to the pending Joint Motion for Declaration of Unitary Status may make the same to the Court.

Interested persons may also provide written objections or comments that will be submitted to the Court. Written objections or comments must be postmarked or emailed no later than October 9, 2026. Written objections or comments should be made on forms that are available at the Office

of the District's Superintendent, at 580 East Main Street, Philadelphia, MS 39350, at each school in the District, and on the District's website, www.neshobacentral.com. Written objections or comments must either be (1) mailed or hand-delivered to Neshoba County School District, Attn: Unitary Status Objection or Comment, 580 East Main Street, Philadelphia, MS 39350 or (2) e-mailed to rlthomasatty@gmail.com and Natacha.Lam@usdoj.gov.

If you have questions, you may contact counsel for the District, Robert L. Thomas, at rlthomasatty@gmail.com or (601) 656-1871 or counsel for the United States, Natacha Lam, at Natacha.Lam@usdoj.gov or (202) 532-3837.

Publish 9/23/2026 and 9/30/2026