**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

**UNITED STATES OF AMERICA** **PLAINTIFF**

**v.** **Case No. 3:67-CV-01396-HTW-LGI**

**NESHOBA COUNTY SCHOOL DISTRICT** **DEFENDANT**

## OBJECTION AND COMMENT FORM

I wish to object or comment on the motion for declaration of unitary status for Neshoba County School District ("District"). I understand that I must either (1) mail or hand-deliver my written objection or comment to Neshoba County School District, Attn: Unitary Status Objection or Comment, 580 East Main Street, Philadelphia, MS 39350, or (2) e-mail my written objection or comment form to rlthomasatty@gmail.com and Natacha.Lam@usdoj.gov. I understand that my written objection or comment form must be postmarked or emailed no later than October 9, 2026. I understand that my objection or comment will be submitted to the Court and can be read by the District, the United States, or any other interested person or party.

*The space on this page is for written objection or comment. If you have any additional pages and/or documents supporting your objection or comments, please attach them to this form.*

**OBJECTION OR COMMENT**

______________________________________________________________________________

______________________________________________________________________________

______________________________________________________________________________

______________________________________________________________________________

______________________________________________________________________________

______________________________________________________________________________

______________________________________________________________________________

______________________________________________________________________________

______________________________________________________________________________

If your comment/objection relates to a particular incident, please provide the date and school where the incident(s) occurred:_____________________________________________

Printed Name ______________________________________________________________

Signature __________________________________________________________________

Address ___________________________________________________________________

_________________________________________________________________________

Telephone _________________________________________________________________

**Check as appropriate:**

_____ I have children who now attend the Neshoba County School District

_____ I have children who attended the Neshoba County School District in the past.

_____ I am a current employee of the Neshoba County School District.

_____ I am not currently employed by Neshoba County School District but I have been employed there in the past.

_____ I have applied for employment with the Neshoba County School District but have never been employed by the District.